IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2005

GREGORY C. LANGHAM
CLERK

Civil Action No.  05-cv-00634-WDM-PAC

KENNETH W. PORTIER,

    Plaintiff,

v.

CAPTAIN BARNETT D. BAUER (FCF), and
SERGEANT EVE KELEMAN (FCF),

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: June 13, 2005

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-00634-WDM-PAC

Kenneth W. Portier
Prisoner No. 106765
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

Captain Barnett, and
Sergeant Eve Keleman  – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER, COMPLAINT FILED 6/10/05, SUMMONS, WAIVER, AND CONSENT FORM  to the above-named individuals on 6/23/05           .

                                                 GREGORY C. LANGHAM, CLERK

                                                 By: _____
                                                              Deputy Clerk