IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00634-WDM-PAC

KENNETH W. PORTIER,

    Plaintiff,

v.

SERGEANT SHOEMAKER (FCF),
CAPTAIN BARNETT D. BAUER (LCF), and
SERGEANT EVE KELEMAN (LCF),

    Defendants.

---

**ORDER REINSTATING ORIGINAL COMPLAINT**

---

Patricia A. Coan, United States Magistrate Judge

On April 5, 2005, plaintiff filed his *pro se* prisoner civil rights complaint naming three defendants: Sergeant Shoemaker, Captain Bauer, and Sergeant Keleman. On May 3, 2005, the court ordered plaintiff to comply with the exhaustion of administrative remedies pleading requirement set forth in *Steele v. Fed. Bureau of Prisons*, 355 F.3d 1204, 1210 (10th Cir. 2003) or face dismissal of his complaint.  *See* May 3, 2005 Order to Show Cause. The Order to Show Cause was discharged on June 2, 2005 based on plaintiff's May 26, 2005 response.  Plaintiff then filed an [Amended] Complaint on June 10, 2005, naming only Captain Bauer and Sergeant Keleman as defendants.

On July 5, 2005, plaintiff filed a Motion to Reinstate Defendant [Sergeant Shoemaker] in Caption, which the court construed as a motion to amend the Amended Complaint.  Plaintiff explained that he filed the Amended Complaint as a back up in case the original complaint was dismissed for failure to exhaust administrative remedies for his

claims against Mr. Shoemaker.  Plaintiff asked the court to let the "[amended] complaint sit idle in case the first complaint is dismissed for failing to exhaust administrative remedies."  Plaintiff's Motion to Reinstate Defendant in Caption, at 3.  On August 24, 2005, I denied plaintiff's Motion to Reinstate Defendant in Caption and ordered plaintiff to advise the court, in writing, by September 9, 2005, whether he wished to pursue the original complaint or the amended complaint.

On September 6, 2005, plaintiff filed a Motion to Reinstate Original Complaint, filed on March 26, 2005, naming Sergeant Shoemaker, Captain Bauer and Sergeant Keleman as defendants.   Accordingly, it is

**HEREBY ORDERED** that the Motion to Reinstate Original Complaint, filed September 6, 2005, is **GRANTED.**  The [Amended] Complaint, filed on June 10, 2005, is **STRICKEN**.  The original Complaint, filed on April 5, 2005, is the operative pleading in this case.

Dated September 26, 2005.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge