IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00634-WDM-PAC

KENNETH W. PORTIER,

    Plaintiff,

v.

SERGEANT SHOEMAKER (FCF),
CAPTAIN BARNETT D. BAUER (LCF), and
SERGEANT EVE KELEMAN (LCF),

    Defendants.

## ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

This matter is before the court on plaintiff's *pro se* prisoner civil rights complaint, filed April 5, 2005. Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915. The court, having reviewed the complaint and being fully advised,

HEREBY **ORDERS** that the United States Marshal shall serve a copy of the complaint, summons, the order granting leave to proceed pursuant to 28 U.S.C. §1915, and the September 26, 2005 Order Reinstating Original Complaint, on **defendant Sergeant Shoemaker**. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.

Dated September 26, 2005.

                            BY THE COURT:

                            s\ Patricia A. Coan
                            PATRICIA A. COAN
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-00634-WDM-PAC

Kenneth W. Portier
Prisoner No. 106765
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

Sergeant Shoemaker – WAIVER
Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the Cathie Holst for process of service on Sergeant Shoemaker: COMPLAINT FILED 4/05/05, ORDER FILED 9/26/05, SUMMONS, AND CONSENT FORM on  9/29/05  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk