IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00634-WDM-PAC

KENNETH W. PORTIER,

    Plaintiff,

v.

SERGEANT SHOEMAKER (FCF),
CAPTAIN BARNETT D. BAUER (LCF), and
SERGEANT EVE KELEMAN (LCF),

    Defendants.

## ORDER ON PLAINTIFF'S MOTION TO SERVE ADDITIONAL PARTIES

Patricia A. Coan, United States Magistrate Judge

This is a *pro se* prisoner civil rights action naming three defendants: Sergeant Shoemaker, Captain Bauer, and Sergeant Keleman. To date, only Shoemaker has been served.  On May 15, 2006, Plaintiff filed a Motion to Serve Additional Parties [doc. # 56] which was referred to the undersigned for disposition.  Plaintiff seeks to serve defendants Bauer and Keleman with his complaint.

On June 29, 2005, this matter was referred this matter to me for pretrial case management.  At a January 4, 2006 scheduling conference, I ordered counsel for defendants to provide the last known addresses for defendants Bauer and Keleman under seal.  Defendants' counsel provided an address for Keleman under seal.  On February 10, 2006, an unexecuted summons for service on Keleman was filed.  That was the second unsuccessful attempt to serve Keleman, and because the defendants have no further information on the current address of their former employee Keleman, the plaintiff's motion

to serve as to defendant Keleman will be denied because any further attempts to serve her at the two addresses provided would not be fruitful.

With regard to defendant Bauer, however, there is no record that counsel for defendants submitted Bauer's address under seal as directed at the January 4, 2006 scheduling conference. Accordingly, I will grant the plaintiff's motion to serve Bauer. It is therefore

**HEREBY ORDERED** that the Plaintiff's Motion to Serve Additional Parties [doc. # 56], filed May 15, 20065, is **DENIED as to defendant Keleman and GRANTED as to defendant Bauer.** Counsel for defendants is directed to file, under seal, an address for defendant Bauer on or before June 12, 2006.

Dated June 1st, 2006.

BY THE COURT:

s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge

2